UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| The United States of America for the use and benefit of Gecon Construction Incorporated,<br><br>    Plaintiff,<br><br>v.<br><br>Visionary Construction, Inc. d/b/a Visionary Services; Great Midwest Insurance Company; First Standard Asurety, LLLP; Surety Company "A;" and Insurance Company "B;"<br><br>    Defendant. | Case No.  3:25-cv-01044<br><br>*Collection of Money*<br>   *Miller Act*<br>   *Breach of Contract*<br>   *Equitable Estoppel*<br>   *Unjust Enrichment*<br>   *Damages* |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF**
**ALL CLAIMS AGAINST DEFENDANT FIRST STANDARD ASURETY, LLLP**

TO THE HONORABLE COURT:

COMES NOW Plaintiff United States of America for the use and benefit of Gecon Construction Incorporated ("Gecon" or "Plaintiff"), by and through their undersigned counsel, and hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that all claims asserted against Defendant First Standard Asurety, LLLP in Plaintiff's Complaint (Dkt. 1) may be and hereby are dismissed <u>without</u> prejudice by Plaintiff, such that Defendant First Standard Asurety, LLLP is dismissed entirely as a defendant from this action.

I hereby certify that on this date I have filed the within and foregoing *NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT FIRST STANDARD ASURETY, LLLP* with the Court electronically via the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

Respectfully submitted this 14th day of April, 2025.

/s/Rafael A. Flores-Ortiz
RAFAEL A. FLORES-ORTIZ
USDC-PR NO. 308504

BAUZÁ BRAU IRIZARRY SILVA
PO Box 13669
San Juan, Puerto Rico  00908
Ph. (787) 710-8262
Email: rafael.flores@bioslawpr.com
*Counsel for Plaintiff Gecon Construction Incorporated*