## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF GECON CONSTRUCTION INCORPORATED,**<br><br>　**Plaintiff,**<br><br>**v.**<br><br>**VISIONARY CONSTRUCTION, INC. D/B/A VISIONARY SERVICES, et al.,**<br><br>　**Defendants.** | Civ. No. 25-01044 (MAJ) |

### PARTIAL JUDGMENT

In accordance with the Order entered at Docket No. 9, Partial Judgment is entered **DISMISSING** this action **WITHOUT PREJUDICE** in its entirety as to **FIRST STANDARD ASURETY, LLLP**, without the imposition of costs and attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 15th day of April, 2025.

　　　　　　　　　　　　　　　　　　　　/s/ María Antongiorgi-Jordán
　　　　　　　　　　　　　　　　　　　　**MARÍA ANTONGIORGI-JORDAN**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**