## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE UNITED STATES OF AMERICA, AS FOR THE USE AND BENEFIT OF GECON CONSTRUCTION INCORPORATED<br><br>**Plaintiff,**<br><br>v.<br><br>VISIONARY CONSTRUCTION, INC. D/B/A VISIONARY SERVICES, GREAT MIDWEST INSURANCE COMPANY, SURETY COMPANY "A", AND INSURANCE COMPANY "B"<br><br>**Defendants.** | CIVIL NO. 25-1044 (RAM) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

RAÚL M. ARIAS-MARXUACH, United States District Judge

Pending before the Court is defendant Great Midwest Insurance Company's ("Midwest" or "Defendant") *Motion to Dismiss* ("*Motion*") (Docket No. 28) and Magistrate Bauzá-Almonte's unopposed *Report and Recommendation* ("R&R") (Docket No. 57).

Having reviewed the record, the Court **ADOPTS** the *Report and Recommendation* at Docket No. 57 in its entirety and **INCORPORATES** it by reference to the present *Order*. Where, as here, the *R&R* is very thorough, the Court "finds it unnecessary to 'write at length' to repeat what is 'a first-rate work product.'" Sanchez-Medina v. Unicco Serv. Co., 2010 WL 3955780, at *4 (D.P.R. 2010) (citing Lawton v. State Mut. Life Assu. Co. of Am., 101 F.3d 218, 220 (1st

Civil No. 25-1044(RAM)                                                            2

Cir. 1996); <u>In re San Juan Dupont Plaza Hotel Fire Litig.</u>, 989 F.2d 36, 38 (1st Cir.1993)).

Therefore, in accordance with the Magistrate Judge's recommendation, Midwest's *Motion to Dismiss* at Docket No. 28 is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's claims regarding breach of contract, equitable estoppel, and unjust enrichment are hereby **DISMISSED** whereas Plaintiff's Miller Act claim remains pending.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 4th day of March 2026.

                                        s/Raúl M. Arias-Marxuach
                                        UNITED STATES DISTRICT JUDGE