**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| The United States of America for the use and benefit of Gecon Construction Incorporated**;** | CASE NO. 3:25-cv-01044-MAJ-MBA |
| Plaintiff | |
| v. | |
| Visionary Construction, Inc. d/b/a Visionary Services; Great Midwest Insurance Company; Surety Company "A"; and Insurance Company "B", | Collection Of Money<br>Miller Act<br>Breach Of Contract<br>Equitable Estoppel<br>Unjust Enrichment<br>Damages |
| Defendants | |
| Great Midwest Insurance Company, | |
| Third-Party Plaintiff | |
| v. | |
| Tasha Reid; Natasha Ford, | |
| Third-Party Defendants | |

**MOTION FOR ENTRY OF DEFAULT AGAINST VISIONARY CONSTRUCTION DUE TO ITS FAILURE TO ANSWER THE CROSSCLAIM FILED BY THE SURETY**

COMES NOW, Great Midwest Insurance Company (the "Surety"), by and through the undersigned counsels, and respectfully moves this Honorable Court for the entry of default against Visionary Construction, Inc. d/b/a Visionary Services ("Visionary") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and in support thereof states as follows:

1.     On July 15, 2025, the Surety filed its Answer to the Amended Complaint and a Crossclaim against co-defendant Visionary in the above-captioned matter. See, Dkt. 34.

2.     On June 6, 2025, Visionary, through record counsel Francisco J. González-Magaz and the law firm of Francisco González P.S.C., executed its *Acknowledgment of Service, Waiver*

*of Formal Service of Process, and Stipulation Extending Time to Answer* ["AOS"]. Such AOS was filed with express permission of Attorney Gonzalez by counsel for Plaintiff that same date [**ECF26**] That same date, Plaintiff filed its *Certificate of Service of First Amended Complaint and Demand for Jury Trial* [**ECF 27**] certifying that Visionary, through its counsel of record who signed the AOS, had been served with a copy of the current operative Complaint in this matter.

3.      In the AOS filed by Plaintiff with the Court, Visionary expressly acknowledged service of process of the Summons and Complaint and waived further formal service of process [**ECF26**]. Visionary reserved defenses other than those concerning service and process, but waived defenses concerning service and process by acknowledging service. *Id*. By stipulation of the parties reflected therein, Visionary's "answer, motion, or other responsive pleading" was due thirty (30) days from the date the AOS was executed. *Id*.

4.      The AOS was executed and filed on June 6, 2025 by Plaintiff's counsel [**ECF 26**]. Accordingly, Visionary's deadline to file an answer, motion, or other responsive pleading expired no later than Monday, July 7, 2025.

5.      By Order entered July 18, 2025 [**ECF 39**], the Court noted that, "Defendant Visionary Construction has failed to timely Answer or otherwise plead, despite a stipulation by the parties granting an extension of time until 7/7/2025 to do so. *See* ECF 26." **The Court therefore ordered, "Defendant Visionary Construction shall file Answers to both the Amended Complaint at [ECF] 23 and the Crossclaim at ECF 34 by 8/6/2025**." (Our emphasis)

6.      To date, however, Visionary has not filed an answer to the Crossclaim filed against it by the Surety nor any other responsive pleading thereto.

7.      Visionary's failure to answer the Crossclaim filed by the Surety constitutes grounds for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

8.      Rule 55(a) provides that when a party "has failed to plead or otherwise defend," and such failure is shown by affidavit or otherwise, the Clerk must enter the party's default.

9.      Accordingly, the Surety is entitled to the entry of default against Visionary.

**WHEREFORE**, the Surety respectfully requests that this Honorable Court order the Clerk of the Court to enter default against Visionary Construction, Inc. d/b/a Visionary Services due to its failure to answer the Crossclaim filed against it by the Surety pursuant to Rule 55(a) and grant any other relief deemed just and proper.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Defendants.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 13th day of May, 2026.

**SALDAÑA, CARVAJAL & VELEZ-RIVE, P.S.C.**
166 Ave. De la Constitución
San Juan, Puerto Rico 00901
Tel 787-289-9250|Fax 787-289-9253

***/s/José A. Sánchez Girona***
JOSE A. SANCHEZ GIRONA
USDC-PR No. 222310
jsanchez@scvrlaw.com

***s/ Carlos A. Steffens-Guzmán***
Carlos A. Steffens-Guzmán
USDC-PR No. 210807
csteffens@scvrlaw.com